# EXHIBIT "B"

# WESTLAW ROUND TABLE GROUP

39921 Treasury Center
Chicago, IL 60694-9900

Telephone: 240.751.9016
Email: billing@roundtablegroup.com

Scott Sanders
Scott D. Sanders, P.C.
1348 Ponce De Leon Ave
Atlanta, GA 30306

# Retainer Invoice

| INVOICE DATE | | 1/18/2012 |
|---|---|---|
| DUE DATE | PROJECT NUMBER | INVOICE # |
| 1/18/2012 | 21853 | 423 |
| PROJECT DESCRIPTION | | |
| Blakesley, David - Screenplay Copyright Dispute - Literary Expert | | |

| DATE | HOURS | DESCRIPTION | RATE | Total |
|---|---|---|---|---|
| | | Refundable Retainer for David Blakesley | 1,500.00 | 1,500.00 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $1,500.00

PAYMENT ADDRESS (No correspondence. Make checks payable to Westlaw Round Table Group):
-BY US MAIL: 39921 Treasury Center, Chicago, IL 60694-9900
-BY OVERNIGHT: Harris/Westlaw Round Table, Attn: Remittance Processing Division, 8th floor, Lockbox 39921, 311 W. Monroe, Chicago, IL 60606
-BY WIRE: Acct #: 424-471-1; ABA#: 071 000 288; SWIFT Code #: HATRUS44;.

CORRESPONDENCE ADDRESS (No payments): 1455 Research Blvd., 3rd Floor, Rockville, MD 20850