# EXHIBIT "C"

# THOMSON REUTERS EXPERT WITNESS SERVICES

(Formerly known as Round Table Group)
39921 Treasury Center
Chicago, IL 60694-9900
Telephone: 240.751.9016
thomson.TREWS-billing@thomsonreuters.com

Scott Sanders
Scott D. Sanders, P.C.
1348 Ponce De Leon Ave
Atlanta, GA 30306

# Invoice

| INVOICE DATE | 4/30/2012 |
|---|---|
| DUE DATE | PROJECT NUMBER | INVOICE # |
| 5/30/2012 | 21853 | 17648 |

**PROJECT DESCRIPTION**

Blakesley, David - Screenplay Copyright Dispute - Literary Expert

| DATE | HOURS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| | | Professional Services of David Blakesley - April 2013 | | |
| 4/6/2012 | 3 | Reading of Snow White Ladies of the Third Week (Platz & Hale) | 225.00 | 675.00 |
| 4/6/2012 | 3 | Reading of Snow White Ladies (Richards and Durkin) | 225.00 | 675.00 |
| 4/13/2012 | 1 | Document Comparison | 225.00 | 225.00 |
| 4/13/2012 | 2 | Data Analysis | 225.00 | 450.00 |
| 4/15/2012 | 4 | Preparation of Report | 225.00 | 900.00 |
| 4/17/2012 | 2 | Revisions and Discussions of Report | 225.00 | 450.00 |
| | | Application of retainer previously paid | -1,500.00 | -1,500.00 |
| | | Sales Tax | 0.00% | 0.00 |

**Total** $1,875.00

PAYMENT ADDRESS (No correspondence. Make checks payable to Thomson Reuters Expert Witness Services):
-BY US MAIL: 39921 Treasury Center, Chicago, IL 60694-9900
-BY OVERNIGHT: Harris/TREWS, Attn: Remittance Processing Division, 8th floor, Lockbox 39921, 311 W. Monroe, Chicago, IL 60606
-BY WIRE: Acct #: 424-471-1; ABA#: 071 000 288; SWIFT Code #: HATRUS44;.

CORRESPONDENCE ADDRESS (No payments): 1455 Research Blvd., 3rd Floor, Rockville, MD 20850