IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BRIAN F. DURKIN and CRAIG W. RICHARDS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) ) | NUMBER 1:10-cv-2262-TCB |
| ANN PLATZ and RACHEL THOMAS HALE, | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

This matter is before the Court on Defendants' motion [130] to correct the Court's April 23, 2013 Order [125] and the Clerk's Judgment [126]. The Court has consulted with both parties, and in order to make clear the parties' respective rights, the Court hereby GRANTS Defendants' motion to the following extent:

The April 23 Order [125] is AMENDED to provide that the Court DECLARES that Plaintiffs and Defendants are co-owners of the copyright in the "Snow White Ladies" screenplay, and Plaintiffs' interest in the

screenplay does not infringe Defendants' sole copyright ownership in the "Snow White Ladies" manuscript. Additionally, that Order is AMENDED to reflect the changes requested in paragraph seven of Defendants' motion. The amended Order is attached to this Order.

Further, the Clerk is DIRECTED to amend the third paragraph of the Clerk's Judgment [126] to provide: It is further ordered and adjudged that judgment be entered in favor of Plaintiffs as to their claim for a declaratory judgment that Plaintiffs and Defendants are co-owners of the copyright in the "Snow White Ladies" screenplay, and Plaintiffs' interest in the screenplay does not infringe Defendants' sole copyright ownership in the "Snow White Ladies" manuscript. The Clerk shall file the amended judgment on the docket.

IT IS SO ORDERED this 8th day of May, 2013.

_____
Timothy C. Batten, Sr.
United States District Judge